1034

[Nos. 11034–6–III; 11035–4–III. Division Three. June 13, 1991.]

MARCY DIAZ, *Appellant*, v. SISTERS OF PROVIDENCE
OF WASHINGTON, INC., *Respondent*.

DOROTHY MAYFIELD, *Appellant*, v. SISTERS OF
PROVIDENCE OF WASHINGTON, INC.,
*Respondent*.

Appeals from judgments of the Superior Court for Yakima County, Nos. 89–2–00817–2, 89–2–00784–2, Heather Van Nuys, J., entered August 16, 1990. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 10345–5–III. Division Three. June 13, 1991.]

DENA FARMER, *Individually, as Personal Representative,
and as Guardian ad Litem, Respondent*, v.
S.A.C. TRANSPORT, INC., ET AL,
*Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 81–2–01765–1, Michael E. Donohue, J., entered October 26, 1989. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Shields, JJ.

[No. 13281–8–II. Division Two. June 14, 1991.]

SUSAN DEE RICHARDSON, *Petitioner*, v. DAVID THOMAS
RICHARDSON, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 87–3–00181–4, David E. Foscue, J., entered September 12, 1989. *Affirmed as modified* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Morgan, JJ.